**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUREZ COYOY, on her own** | ) | |
| **Behalf and as Surviving Parent of** | ) | |
| **Mariee Camyl Newberry Juarez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| | ) | |
| **CORECIVIC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER GRANTING MOTIONS FOR ADMISSION PRO HAC VICE

Before the Court are the Motion(s) for Admission Pro Hac Vice (docket nos. 5-8) filed by attorneys Daniel F. Jacobson, Sally Pei, Robert N. Weiner and Amanda Thomson, wherein out-of-district counsel seek leave to appear pro hac vice on behalf of plaintiff.

The Court hereby GRANTS (docket nos. 5-8) counsel leave to appear pro hac vice in this cause. The Court further ORDERS that counsel familiarize themselves with the Local Court Rules for the Western District of Texas. Should counsel apply to appear pro hac vice in any other action in the Western District of Texas, counsel shall advise this Court of such application. The Court will then order counsel to apply for admission to the Western District of Texas.

All counsel are ordinarily required to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance pro hac vice in any case. However, this Court has made an exception for out-of-district counsel if counsel's practice in the Western District will be limited to one or two cases. Should counsel desire to appear in another case in the district pro hac vice, it is counsel's duty to notify the Court in which he appears of this earlier application.

It is so ORDERED.

SIGNED this 8th day of August, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE