**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **YAZMIN JUREZ COYOY, on her own** ) | |
| **Behalf and as Surviving Parent of** ) | |
| **Mariee Camyl Newberry Juarez,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| ) | |
| **CORECIVIC, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Before the Court is the Motion for Admission Pro Hac Vice (docket no. 11) filed by attorney Daniel P. Struck, wherein out-of-district counsel seeks leave to appear pro hac vice on behalf of defendant..

The Court hereby GRANTS (docket no. 11) counsel leave to appear pro hac vice in this cause. The Court further ORDERS that counsel familiarize himself with the Local Court Rules for the Western District of Texas. Should counsel apply to appear pro hac vice in any other action in the Western District of Texas, counsel shall advise this Court of such application. The Court will then order counsel to apply for admission to the Western District of Texas.

All counsel are ordinarily required to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance pro hac vice in any case. However, this Court has made an exception for out-of-district counsel if counsel's practice in the Western District will be limited to one or two cases. Although the docket sheet reflects that counsel was granted leave to practice Pro Hac Vice in three other cases, those cases were filed in the Austin Division. The Court will therefore grant counsel leave to appear Pro Hac Vice in the San Antonio

Division in this instance.  Should counsel desire to appear in another case in the district pro hac vice, it is counsel's duty to notify the Court in which he appears of this earlier application.

It is so ORDERED.

SIGNED this 14th day of August, 2019.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE