## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, ON HER OWN BEHALF AND AS SURVIVING PARENT OF MARIEE CAMYL NEWBERRY JUÁREZ,** | § § § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. 5:19-cv-00916-FB** |
| **v.** | § § | **JURY TRIAL DEMANDED** |
| **CORECIVIC, INC.,** | § § § | |
| **Defendant.** | § | |

## SCHEDULING RECOMMENDATIONS

The parties recommend that the following deadlines be entered in the scheduling order to control the course of the case.

1.      The parties agree to serve their Federal Rule of Civil Procedure 26(a) disclosures on or before December 13, 2019.

2.      A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by January 24, 2020.

3.      The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by January 24, 2020, and each opposing party shall respond, in writing, by February 7, 2020.

4.      The parties shall file all motions to amend or supplement pleadings or to join additional parties by February 28, 2020.

5.      All parties asserting claims for relief shall file their designations of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by June 26, 2020.  Parties resisting claims for relief shall file their designations of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by August 7, 2020.  All designations of rebuttal experts shall be designated within 15 days of receipt of the report of the opposing expert.

6.      An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and

identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is taken, whichever is later.

7.      The parties shall complete all discovery on or before September 25, 2020.  Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

8.      All dispositive motions shall be filed no later than October 23, 2020.  Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 20 pages in length.

9.      The trial date will be determined at a later date by the Court.  The parties shall consult Local Rule CV-16(e) regarding matters to be filed in advance of trial.  At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

10.     All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order on November 15, 2019, and the parties have agreed as to its contents.

Dated:  November 18, 2019.

Respectfully submitted,

By: */s/ Christopher M. Odell*

Christopher M. Odell
Texas Bar No. 24037205
Amanda S. Thomson*
Texas Bar No. 24082376
ARNOLD & PORTER
  KAYE SCHOLER LLP
Bank of America Center
700 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone:  713.576.2400
Facsimile:  713.576.2499
christopher.odell@arnoldporter.com
amanda.thomson@arnoldporter.com

R. Stanton Jones*
Robert N. Weiner*
Sally L. Pei*
Daniel F. Jacobson*
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
stanton.jones@arnoldporter.com
robert.weiner@arnoldporter.com
sally.pei@arnoldporter.com
daniel.jacobson@arnoldporter.com

*Admitted pro hac vice

*Counsel for Plaintiff Yazmin Juárez Coyoy,
on her own behalf and as surviving parent
of Mariee Camyl Newberry Juárez*

By: /s/ *Ashlee B. Hesman*

Daniel P. Struck, AZ Bar No. 012377
Attorney in Charge
*Admitted Pro Hac Vice*
Ashlee B. Hesman, AZ Bar No. 028874
*Admitted Pro Hac Vice*
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com

Danya W. Blair, TX Bar No. 00790315
AKERMAN LLP
112 East Pecan Street, Suite 2750
San Antonio, Texas 78205
Telephone: (210) 582-0220
Fax: (210) 582-0231
Danya.blair@akerman.com

*Attorneys for Defendant CoreCivic, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 18, 2019, a copy of the foregoing was filed electronically using CM/ECF. Notice of this filing will be sent by operation of the Court's electronic filing system and by e-mail.

*/s/ Christopher M. Odell*
Christopher M. Odell