**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, on her own** | ) | |
| **Behalf and as Surviving Parent of** | ) | |
| **Mariee Camyl Newberry Juarez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| | ) | |
| **CORECIVIC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER REGARDING PLAINTIFF'S UNOPPOSED MOTION
FOR EXTENSION OF TIME FOR RESPONSES TO DISCOVERY**

Before the Court is Plaintiff Yazmin Juárez Coyoy's Unopposed Motion for Extension of Time for Responses to Discovery.  (Docket no. 29).  Because there is no discovery dispute at this time and nothing for the Court to resolve, the motion shall be dismissed as moot.

Plaintiff states that "CoreCivic has agreed to a thirty-day extension, through February 21, 2020, of Ms. Juárez's deadline to respond to the First Set of Interrogatories and Requests for Production it served on December 23, 2019."  Under the current Scheduling Order (docket no. 27), the parties have until September 25, 2020 to conduct fact discovery, and defendant agrees to the relief plaintiff seeks in the motion.  Accordingly, absent some dispute requiring the Court's intervention, the parties may simply document the terms of their agreement and proceed with discovery.

IT IS THEREFORE ORDERED that  Plaintiff Yazmin Juárez Coyoy's Unopposed Motion for Extension of Time for Responses to Discovery (docket no. 29) is DISMISSED as MOOT.

It is so ORDERED.

SIGNED this 29th day of January, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE