**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| Yazmin Juárez Coyoy, on her own behalf and as surviving parent of M.C.N.J., <br><br> Plaintiff, <br><br> v. <br><br> CoreCivic, Inc., <br><br> Defendant. | No. 5:19-cv-00916-FB |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Due to numerous unavoidable delays caused by the COVID-19 pandemic (including travel restrictions and inability to timely secure various documents and information requested in discovery), the parties jointly request that the Court extend the remaining deadlines in the Court's November 19, 2019 Scheduling Order by six months. (Dkt. 27.)  This request is made in good faith and not for the purposes of delay.  The requested extension will not affect the trial date as a date has not yet been set.  The current deadlines and requested extension periods are as follows:

1. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by:

    a. Current Deadline: **June 6, 2020.**

    b. Requested Deadline:  **December 4, 2020.**

2. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by:

    a. Current Deadline: **August 7, 2020.**

    b. Requested Deadline:  **February 8, 2021.**

3. The parties shall complete all discovery by:

    a. Current Deadline: **September 25, 2020**.

    b. Requested Deadline:  **March 25, 2021.**

4.  All dispositive motions shall be filed by:

   a.  Current Deadline:  **October 23, 2020.**

   b.  Requested Deadline:  **April 23, 2021.**

Dated: May 20, 2020

Respectfully submitted,

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Ashlee B. Hesman
    Daniel P. Struck, AZ Bar No. 012377
    Attorney in Charge
    Ashlee B. Hesman, AZ Bar No. 028874
    *Admitted Pro Hac Vice*
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226
    Telephone: (480) 420-1600
    Fax: (480) 420-1695
    dstruck@strucklove.com
    ahesman@strucklove.com

    Danya W. Blair, TX Bar No. 00790315
    AKERMAN LLP
    112 East Pecan Street, Suite 2750
    San Antonio, Texas 78205
    Telephone: (210) 582-0220
    Fax: (210) 582-0231
    Danya.blair@akerman.com

    *Attorneys for Defendant CoreCivic, Inc.*

2

Respectfully submitted,

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Amanda S. Thomson    (with permission)
    Christopher M. Odell
    Amanda S. Thomson
    ARNOLD & PORTER KAYE SCHOLER LLP
    Bank of America Center
    700 Louisiana Street, Suite 4000
    Houston, Texas 77002
    christopher.odell@arnoldporter.com
    amanda.thomson@arnoldporter.com

    R. Stanton Jones, Admitted pro hac vice
    Robert N. Weiner, Admitted pro hac vice
    Sally L. Pei, Admitted pro hac vice
    Daniel F. Jacobson, Admitted pro hac vice
    ARNOLD & PORTER KAYE SCHOLER LLP
    601 Massachusetts Ave. NW
    Washington, DC 20001
    stanton.jones@arnoldporter.com
    robert.weiner@arnoldporter.com
    sally.pei@arnoldporter.com
    daniel.jacobson@arnoldporter.com

    *Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Christopher M. Odell
> Amanda S. Thomson
> ARNOLD & PORTER KAYE SCHOLER LLP
> Bank of America Center
> 700 Louisiana Street, Suite 4000
> Houston, Texas 77002
> christopher.odell@arnoldporter.com
> amanda.thomson@arnoldporter.com
>
> R. Stanton Jones, Admitted pro hac vice
> Robert N. Weiner, Admitted pro hac vice
> Sally L. Pei, Admitted pro hac vice
> Daniel F. Jacobson, Admitted pro hac vice
> ARNOLD & PORTER KAYE SCHOLER LLP
> 601 Massachusetts Ave. NW
> Washington, DC 20001
> stanton.jones@arnoldporter.com
> robert.weiner@arnoldporter.com
> sally.pei@arnoldporter.com
> daniel.jacobson@arnoldporter.com

*Attorneys for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is **not** a registered participant of the CM/ECF System:

> N/A

/s/ Ashlee B. Hesman

4