**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **YAZMIN JUAREZ COYOY, on her own** ) | |
| **Behalf and as Surviving Parent of** ) | |
| **Mariee Camyl Newberry Juarez,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| ) | |
| **CORECIVIC, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

<u>**AMENDED SCHEDULING ORDER**</u>

Before the Court is the parties' Joint Motion to Extend Scheduling Order Deadlines.  (Docket

no. 34).  After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the parties' Joint Motion t Extend Scheduling Order

Deadlines (docket no. 34) is GRANTED such that the following amended scheduling order deadlines

are entered to control the course of this case:

The following dates are entered to control the course of this case:

1.  The parties shall serve their Federal Rule of Civil Procedure 26(a) disclosures on or before **December 13, 2019.**

1.  A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by **January 24, 2020**.

2.  The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **January 24, 2020** and each opposing party shall respond, in writing, by **February 7, 2020.**

3.  The parties shall file all motions to amend or supplement pleadings or to join additional parties by **February 28, 2020**.

4.  All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **December 4, 2020.** Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **February 8, 2021**.  All designations of rebuttal experts shall be designated within **15** days of receipt of the report of the opposing expert.

5.   An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, **within 30 days** of receipt of the written report of the expert's proposed testimony, or **within 30 days** of the expert's deposition, if a deposition is taken, whichever is later.

6.   The parties shall complete all discovery on or before **March 25, 2021.**  Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7.   All dispositive motions shall be filed no later than **April 23, 2021.**  Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to **20** pages in length.  Any replies shall be limited to **5** pages in length.

8.   The trial date will be determined at a later date by the Court.  The parties shall consult Local Rule CV-16(e) regarding matters to be filed in advance of trial.  At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

It is so ORDERED.

SIGNED this 22nd day of May, 2020.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE