## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| Yazmin Juárez Coyoy, on her own behalf and as surviving parent of M.C.N.J., <br><br> Plaintiff, <br><br> v. <br><br> CoreCivic, Inc., <br><br> Defendant. | No. 5:19-cv-00916-FB |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL

Upon consideration of Defendant's Motion to Compel, the Court orders as follows:

**IT IS ORDERED** that Defendant's Motion to Compel is GRANTED.  Plaintiff shall provide complete responses to Requests for Production No. 7–8, 18, 19, 26–27, and 34 and Interrogatory No. 6, including execution of releases for records which are responsive to these requests.