## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YAZMIN JUÁREZ COYOY, on her own Behalf and as Surviving Parent of Mariee Camyl Newberry Juarez, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| V. | ) ) | CIVIL ACTION NO. SA-19-CA-00916-FB |
| CORECIVIC, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER REFERRING NON-DISPOSITIVE MOTION
## TO UNITED STATES MAGISTRATE JUDGE

Before the Court is Defendant CoreCivic, Inc.'s Motion to Compel. (Docket no. 36).  It appears that defendant's motion is non-dispositive and should be referred to a United States Magistrate Judge for determination and ruling. 28 U.S.C. § 636; Local Court Rules App. C.

IT IS THEREFORE ORDERED that Defendant CoreCivic, Inc.'s Motion to Compel (docket no. 36) filed in the above-referenced cause is REFERRED to the Honorable Henry J. Bemporad, United States Magistrate Judge.

It is so ORDERED.

SIGNED this 13th day of October, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE