UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YAZMIN JUAREZ COYOY on Her Own Behalf and as Surviving Parent of Mariee Camyl Newberry Juarez, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-19-CA-916-FB |
| CORECIVIC, INC., | § § | |
| Defendant. | § | |

**ORDER SETTING
VIDEO HEARING**

Before the Court is Defendant's' Motion to Compel.  (Docket Entry 36.)  This motion was referred by District Court on October 13, 2020, to undersigned for determination and ruling. (*See* Docket Entry 39.)

It is hereby **ORDERED** that Defendant's motion (Docket Entry 36) is set for hearing on **November 10, 2020**, at **1:30 P.M.**  The hearing will be held by video teleconference using the Zoom video platform.  The parties will be contacted by email in advance of the hearing date with further instructions for joining the conference.

If the parties have a different email address for Zoom than the email addresses currently listed on CM/ECF, they need to notify court chambers **before November 5, 2020**, at **wendy_branham@txwd.uscourts.gov**.

**SIGNED** on October 14, 2020.

_____
Henry J. Bemporad
United States Magistrate Judge