UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YAZMIN JUAREZ COYOY on Her Own Behalf and as Surviving Parent of Mariee Camyl Newberry Juarez, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-19-CA-916-FB |
| CORECIVIC, INC., | § § § | |
| Defendant. | § | |

## ORDER RESETTING
## VIDEO HEARING

Before the Court is Defendant's [Unopposed] Motion to Reset Video Hearing. (Docket Entry 41.) It is hereby **ORDERED** that Defendant's motion is **GRANTED** and the hearing on Defendant's Motion to Compel (Docket Entry 36) is reset for hearing on **November 17, 2020**, at **1:00 P.M.** The hearing will be held by video teleconference using the Zoom video platform. The parties will be contacted by email in advance of the hearing date with further instructions for joining the conference.

If the parties have a different email address for Zoom than the email addresses currently listed on CM/ECF, they need to notify court chambers **before November 13, 2020**, at wendy_branham@txwd.uscourts.gov.

**SIGNED** on November 5, 2020.

Henry J. Bemporad
United States Magistrate Judge