UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YAZMIN JUAREZ COYOY on Her Own Behalf and as Surviving Parent of Mariee Camyl Newberry Juarez, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-19-CA-916-FB |
| CORECIVIC, INC., | § § | |
| Defendant. | § § § | |

**ORDER ADDING MOTION TO
VIDEO HEARING AND REQUIRING
PRE-HEARING ADVISORY**

Before the Court is Plaintiff's Motion to Compel Discovery.  (Docket Entry 43.)  This motion has been referred to the undersigned for disposition pursuant to 28 U.S.C. § 636(b). (Docket Entry 44.)

It is hereby **ORDERED** that Plaintiff's motion (Docket Entry 43) will be heard at the hearing already set in this case on **November 17, 2020**, at **1:00 P.M.,** along with Defendant's Motion to Compel (Docket Entry 36).  The hearing will be held by video teleconference using the Zoom video platform.  The parties will be contacted by email in advance of the hearing date with further instructions for joining the conference.  If counsel or a party who wishes to attend uses an email address for Zoom that is different from the email address currently listed on CM/ECF, counsel or the party must notify court chambers **on or before November 16, 2020**, at **wendy_branham@txwd.uscourts.gov**.

It is **FURTHER ORDERED** that the parties must confer in good faith in advance of the hearing regarding the specific relief requested in their motions (Docket Entries 36 and 43). After this conference, the parties must file a Joint Advisory specifying those matters which, even

after conference, require resolution by this Court.  Such Joint Advisory must be filed on or before **noon on November 16, 2020.**[1]

SIGNED on November 12, 2020.

_____
Henry J. Bemporad
United States Magistrate Judge

---

[1]  This requirement for a good-faith conference and advisory is in addition to the pre-filing conference and certification required by Local Rule CV-7(i).

2