UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YAZMIN JUAREZ COYOY on Her Own Behalf and as Surviving Parent of Mariee Camyl Newberry Juarez, | § § § § | |
| Plaintiff, | § § | |
| v. | § | SA-19-CA-916-FB |
| CORECIVIC, INC., | § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court are Defendant's Motion to Compel (Docket Entry 36) and Plaintiff's Motion to Compel Discovery (Docket Entry 43). These motions were referred by District Court to undersigned for determination and ruling. (*See* Docket Entries 39, 44.)

A hearing was held on the motions on November 17, 2020. In accordance with the Court's rulings at the hearing, it is hereby **ORDERED** as follows:

(1) Defendant's Motion to Compel (Docket Entry 36) is **GRANTED IN PART**, **DENIED IN PART**, and **DENIED WITHOUT PREJUDICE IN PART**, as follows:

(a) With regard to Requests for Production 7 and 26, Plaintiff must produce all responsive medical records from March 1, 2017, to present, and all medical records that (i) are from a mental health provider or (ii) reflect a mental health condition or treatment. To the extent the production of such documents require a medical release, such release must be executed **on or before December 3, 2020**.

(b) With regard to Request for Production 8, Plaintiff must provide the entire printout of Plaintiff's Instagram account. To the extent such production requires a release, such release must be executed **on or before December 3, 2020**.

(c) With regard to Requests for Production 18, 19, and 27, Plaintiff must produce immigration documents received in response to her FOIA requests **within fourteen (14) days of receipt**.

(d) With regard to Request for Production 34, Plaintiff must provide all responsive photographs in her possession taken from March 1, 2017 to present. Such production must be made **on or before December 17, 2020**.

(e) With regard to Interrogatory 6, Plaintiff must identify all court or administrative proceedings responsive to the interrogatory from March 1, 2017, to present, and must further identify any family law dispute involving, or restraining order sought against, the father of Mariee Camyl Newberry Juarez.

(f) All other requests in Defendant's motion are **DENIED**. Such denial, however, is without prejudice to reconsideration should the discovery received in response to this Order support a renewal of any request.

(g) No expenses are awarded. *See* FED. R. CIV. P. 37(a)(5)(A)(ii), (iii).

(2) Plaintiff's Motion to Compel Discovery (Docket Entry 43) is **DENIED AS WITHDRAWN**.

**SIGNED** on November 17, 2020.

                                                Henry J. Bemporad
                                                United States Magistrate Judge