**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, ON HER OWN BEHALF AND AS SURVIVING PARENT OF MARIEE CAMYL NEWBERRY JUÁREZ,** | § § § § | |
| **Plaintiff,** | § § | **NO. 5:19-CV-00916-FB** |
| **v.** | § § | **JURY TRIAL DEMANDED** |
| **CORECIVIC, INC.,** | § § § | |
| **Defendant.** | § | |

**PLAINTIFF YAZMIN JUÁREZ COYOY'S
UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Due to continued delays caused by the COVID-19 pandemic (including travel restrictions and inability to timely secure various documents and information requested in discovery) as well as undersigned counsel's commitments in other matters, Plaintiff Yazmin Juárez Coyoy ("Ms. Juarez") requests that the Court extend the remaining deadlines in the Court's current Scheduling Order (Dkt. Nos. 27 and 35) by two months. Counsel for Defendant CoreCivic, Inc. ("CoreCivic") have stated that CoreCivic does not oppose the requested two-month extension.

This request is made in good faith and not for the purposes of delay. The requested extension will not affect the trial date as a date has not yet been set. The current deadlines and requested extension periods are as follows:

1.      All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by:

      a.      Current Deadline:  **December 4, 2020**

      b.      Requested Deadline:  **February 5, 2021**

2.      Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by:

      a.      Current Deadline:  **February 8, 2021**

      b.      Requested Deadline:  **April 9, 2021**

3.      The parties shall complete all discovery by:

      a.      Current Deadline:  **March 25, 2021**

      b.      Requested Deadline:  **May 28, 2021**

4.      All dispositive motions shall be filed by:

      a.      Current Deadline:  **April 23, 2021**

      b.      Requested Deadline:  **June 25, 2021**

Dated:  November 20, 2020

Respectfully submitted,

ARNOLD & PORTER
  KAYE SCHOLER LLP

*/s/ Christopher M. Odell*
Christopher M. Odell
Texas Bar No. 24037205
Amanda S. Thomson*
Texas Bar No. 24082376
ARNOLD & PORTER
  KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002
Telephone: 713.576.2400
Facsimile: 713.576.2499
christopher.odell@arnoldporter.com
amanda.thomson@arnoldporter.com

R. Stanton Jones*
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 2001
stanton.jones@arnoldporter.com

*Admitted pro hac vice

*Counsel for Plaintiff Yazmin Juárez Coyoy*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 20, 2020, a copy of the foregoing document was filed electronically using CM/ECF.  Notice of this filing was sent to the following CM/ECF registrants by operation of the Court's electronic filing system, as well as by email:

Daniel P. Struck
Ashlee B. Hesman
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
dstruck@strucklove.com
ahesman@strucklove.com

Danya W. Blair
Akerman LLP
112 East Pecan Street, Suite 2750
San Antonio, Texas 78205
danya.blair@akerman.com

*Counsel for Defendant CoreCivic, Inc.*

/s/ Christopher M. Odell
Christopher M. Odell

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on November 16 and 17, 2020, I conferred with Ashlee Hesman, counsel for Defendant CoreCivic, Inc. ("CoreCivic"), regarding the requested extension. Ms. Hesman stated that CoreCivic does not oppose the two-month extension.

/s/ Amanda S. Thomson
Amanda S. Thomson