**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, on her own** | ) | |
| **Behalf and as Surviving Parent of** | ) | |
| **Mariee Camyl Newberry Juarez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| | ) | |
| **CORECIVIC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### FIRST AMENDED SCHEDULING ORDER

Before the Court is Plaintiff Yazmin Juárez Coyoy's Unopposed Motion to Extend Scheduling Order Deadlines. (Docket no. 50). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff Yazmin Juárez Coyoy's Unopposed Motion to Extend Scheduling Order Deadlines (docket no. 50) is GRANTED such that the following first amended scheduling order deadlines are entered to control the course of this case:

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **February 5, 2021.** Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **April 9, 2021**. All designations of rebuttal experts shall be designated within **15** days of receipt of the report of the opposing expert.

6. The parties shall complete all discovery on or before **May 28, 2021.** Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **June 25, 2021.** Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to **20** pages in length. Any replies shall be limited to **5** pages in length.

All other provisions of the Court's Amended Scheduling Order (docket no. 35) shall remain in full force and effect.

It is so ORDERED.

SIGNED this 25th day of November, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE