**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, on her own** | ) | |
| **Behalf and as Surviving Parent of** | ) | |
| **Mariee Camyl Newberry Juarez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| | ) | |
| **CORECIVIC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER FOR RELEASE OF DFPS AUDIO AND VIDEO RECORDINGS**

Before the Court is Defendant's Unopposed Motion for Court Order for Release of DFPS Audio & Video Recordings. (Docket no. 51). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion for Court Order for Release of DFPS Audio & Video Recordings (docket no. 51) is GRANTED such that, within thirty days of the date of this Order, DFPS shall produce all audio and video recordings from Case #47387059 to the Court for its *in camera* review. The Court will then produce these recordings to the parties, subject to the Protective Order.

It is so ORDERED.

SIGNED this 25th day of November, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE