**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, on her own Behalf and as Surviving Parent of Mariee Camyl Newberry Juarez,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| | ) | |
| **CORECIVIC, INC.,** | ) ) | |
| **Defendant.** | ) | |

**ORDER GRANTING UNOPPOSED MOTION TO
WITHDRAW AS COUNSEL FOR PLAINTIFF**

Before the Court is attorney Daniel Jacobson's Unopposed Motion to Withdraw as Counsel for Plaintiff. (Docket no. 55). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Unopposed Motion to Withdraw as Counsel for Plaintiff (docket no. 55) is GRANTED such that attorney Daniel Jacobson is WITHDRAWN as counsel of record for plaintiff. Christopher M. Odell will continue as lead counsel for plaintiff.

It is so ORDERED.

SIGNED this 19th day of January, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE