# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

YAZMIN JUÁREZ COYOY, ON HER
OWN BEHALF AND AS SURVIVING
PARENT OF MARIEE CAMYL
NEWBERRY JUÁREZ,

§
§
§
§
§
§
§
§
§
§
§
§
§

NO. 5:19-CV-00916-FB

     **Plaintiff,**

**v.**

**CORECIVIC, INC.,**

     **Defendant.**

## PLAINTIFF YAZMIN JUÁREZ COYOY'S UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Plaintiff Yazmin Juárez Coyoy ("Ms. Juárez" or "Plaintiff") respectfully requests the Court extend the deadlines for designation of testifying experts and serving of materials required by FED. R. CIV. P. 26(a)(2)(B) currently set for February 5, and April 9, 2021 under the First Amended Scheduling Order (ECF 52) by two weeks.

This request is made in good faith and not for the purpose of delay. Counsel for Ms. Juárez recently learned that on January 26, 2021 a close family member of one of her experts was diagnosed with COVID-19, and which has resulted in the expert having to work from home while self-quarantining and without childcare

assistance. This unfortunate development has delayed Plaintiff's expert's work on this case and will make it difficult to meet the February 5, 2021 deadline.

Counsel for Defendant CoreCivic, Inc. have stated that they are not opposed to the requested two-week extension, and Ms. Juárez has agreed to a reciprocal extension of two weeks for Defendant's deadline to designate its experts and to serve the materials required by FED. R. CIV. P. 26(a)(2)(B)

For these reasons, Plaintiff respectfully requests the following modifications to the First Amended Scheduling Order:

1.    All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by:

      a.    Current Deadline:  **February 5, 2021**

      b.    Requested Deadline:  **February 19, 2021**

2.    Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by:

      a.    Current Deadline:  **April 9, 2021**

      b.    Requested Deadline:  **April 23, 2021**

The parties at this time do not request extension of other deadlines set forth under the First Amended Scheduling Order.

DATE:        January 29, 2021                    Respectfully submitted,


                                                 _s/ Christopher M. Odell_
                                                 Christopher M. Odell
                                                 Tex. Bar. No. 24037205
                                                 Amanda S. Thomson
                                                 Tex. Bar. No. 24082376
                                                 Andrew D. Bergman
                                                 Tex. Bar No. 24101507
                                                 ARNOLD & PORTER
                                                   KAYE SCHOLER LLP
                                                 T.C. Energy Center
                                                 700 Louisiana Street, Suite 4000
                                                 Houston, Texas 77002
                                                 Telephone: +1 713.576.2400
                                                 Facsimile: +1 713.576.2499
                                                 Christopher.odell@arnoldporter.com
                                                 Amanda.thomson@arnoldporter.com
                                                 Andrew.bergman@arnoldporter.com

                                                 R. Stanton Jones*
                                                 Robert N. Weiner*
                                                 Sally L. Pei*
                                                 ARNOLD & PORTER
                                                   KAYE SCHOLER LLP
                                                 601 Massachusetts Ave. NW
                                                 Washington, DC 20001
                                                 Stanton.jones@arnoldporter.com
                                                 Robert.weiner@arnoldporter.com
                                                 Sally.pei@arnoldporter.com

                                                 *Admitted *pro hac vice*

                                                 **COUNSEL FOR PLAINTIFF
                                                 YAZMIN JUÁREZ COYOY, ON**

**HER OWN BEHALF AND AS
SURVIVING PARENT OF
MARIEE CAMYL NEWBERRY
JUÁREZ**

## CERTIFICATE OF SERVICE

I hereby certify that, on January 29, 2021, a copy of the foregoing was served on the counsel listed below by email pursuant to the parties' agreement.

Daniel P. Struck
Ashlee B. Hesman
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
dstruck@strucklove.com
ahesman@strucklove.com

Danya W. Blair
Akerman LLP
112 East Pecan Street, Suite 2750
San Antonio, Texas 78250
Danya.blair@akerman.com

*Counsel for Defendant CoreCivic, Inc.*

*s/ Christopher M. Odell*
Christopher M. Odell

5