# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, on her own** | ) | |
| **Behalf and as Surviving Parent of** | ) | |
| **Mariee Camyl Newberry Juarez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| | ) | |
| **CORECIVIC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## SECOND AMENDED SCHEDULING ORDER

Before the Court is Plaintiff Yazmin Juárez Coyoy's Unopposed Motion to Extend Scheduling Order Deadlines.  (Docket no. 57).  After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff Yazmin Juárez Coyoy's Unopposed Motion to Extend Scheduling Order Deadlines (docket no. 57) is GRANTED such that the following first amended scheduling order deadlines are entered to control the course of this case:

4.   All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **February 19, 2021.**  Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **April 23, 2021**.  All designations of rebuttal experts shall be designated within **15** days of receipt of the report of the opposing expert.

All other provisions of the Court's previous Scheduling Orders shall remain in full force and effect.

It is so ORDERED.

SIGNED this 1st day of February, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE