**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| Yazmin Juárez Coyoy, on her own behalf and as surviving parent of M.C.N.J., | No. 5:19-cv-00916-FB |
| Plaintiff, | |
| v. | |
| CoreCivic, Inc., | |
| Defendant. | |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Due to Defense experts' obligations in other matters and the parties' preference to postpone travel until further distribution of the COVID-19 vaccine, the parties request that the Court extend the remaining deadlines in the Court's Scheduling Order. (Dkts. 27, 35, 52, and 58).[1] This request is made in good faith and not for the purposes of delay.  The requested extension will not affect the trial date as a date has not yet been set.

The current deadlines and the extension periods stipulated by the parties are as follows:

1.  Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by:

    a.  Current Deadline: **April 23, 2021.**

    b.  Requested Deadline:  **May 28, 2021.**

2.  All designations of rebuttal experts shall be designated within **15 days** of receipt of the report of the opposing expert.

3.  Objections to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, **within 30 days** of receipt of the written report of

---

[1] While the parties understand the Court permits them to informally agree to extend the deadline to complete discovery (Dkt. 27 at 2), the parties include that deadline here for ease of reference and completeness.

the expert's proposed testimony, or **within 30 days** of the expert's deposition, if a deposition is taken, whichever is later.

4. The parties shall complete all discovery by:

    a. Current Deadline:  **May 28, 2021**.

    b. Requested Deadline:  **July 12, 2021.**

5. All dispositive motions shall be filed by:

    a. Current Deadline:  **June 25, 2020.**

    b. Requested Deadline:  **August 11, 2021.**

Dated: April 21, 2021

Respectfully submitted,

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Ashlee B. Hesman
    Daniel P. Struck, AZ Bar No. 012377
    Attorney in Charge
    Ashlee B. Hesman, AZ Bar No. 028874
    *Admitted Pro Hac Vice*
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226
    Telephone: (480) 420-1600
    Fax: (480) 420-1695
    dstruck@strucklove.com
    ahesman@strucklove.com

    Danya W. Blair, TX Bar No. 00790315
    AKERMAN LLP
    112 East Pecan Street, Suite 2750
    San Antonio, Texas 78205
    Telephone: (210) 582-0220
    Fax: (210) 582-0231
    Danya.blair@akerman.com

    *Attorneys for Defendant CoreCivic, Inc.*

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By /s/ R. Stanton Jones (with permission)
  R. Stanton Jones, Admitted pro hac vice
  Robert N. Weiner, Admitted pro hac vice
  Sally L. Pei, Admitted pro hac vice
  601 Massachusetts Ave. NW
  Washington, DC 20001
  stanton.jones@arnoldporter.com
  robert.weiner@arnoldporter.com
  sally.pei@arnoldporter.com


  Christopher M. Odell
  Andrew Bergman
  Amanda S. Thomson
  ARNOLD & PORTER KAYE SCHOLER LLP
  Bank of America Center
  700 Louisiana Street, Suite 4000
  Houston, Texas 77002
  christopher.odell@arnoldporter.com
  andrew.bergman@arnoldporter.com
  amanda.thomson@arnoldporter.com

  *Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Christopher M. Odell  christopher.odell@arnoldporter.com
Amanda S. Thomson  amanda.thomson@arnoldporter.com
Andrew Bergman  andrew.bergman@arnoldporter.com
R. Stanton Jones,  stanton.jones@arnoldporter.com
Admitted pro hac vice
Robert N. Weiner,  robert.weiner@arnoldporter.com
Admitted pro hac vice
Sally L. Pei,  sally.pei@arnoldporter.com
Admitted pro hac vice

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is **not** a registered participant of the CM/ECF System:

N/A


/s/ Ashlee B. Hesman

4