**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| Yazmin Juárez Coyoy, on her own behalf and as surviving parent of M.C.N.J., | No. 5:19-cv-00916-FB |
| Plaintiff, | |
| v. | |
| CoreCivic, Inc., | |
| Defendant. | |

**AGREED MOTION TO EXTEND
EXPERT DISCLOSURE DEADLINES AND OTHER CASE DEADLINES**

Due to Defense experts' obligations in other matters, the parties request that the Court extend the following deadlines in the Court's Scheduling Order. (Dkts. 27, 35, 52, 58, ang 60).[1] This request is made in good faith and not for the purpose of delay. The requested extension will not affect the trial date as a date has not yet been set.

The current deadlines and the extension periods stipulated by the parties are as follows:

1.  Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by:

    a.  Current Deadline: **May 28, 2021.**

    b.  Requested Deadline: **June 28, 2021.**

---

[1] While the parties understand the Court permits them to informally agree to extend the deadline to complete discovery (Dkt. 27 at 2), the parties include that deadline here for ease of reference and completeness.

2.     All designations and reports of rebuttal experts shall be served by:

a.     Current Deadline:   15 days of receipt of the report of the opposing expert.

b.     Requested Deadline:  **July 27, 2021**.

3.     Objections to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, **within 30 days** of receipt of the written report of the expert's proposed testimony, or **within 30 days** of the expert's deposition, if a deposition is taken, whichever is later.

4.     The parties shall complete discovery by:

a.     Current deadline: **July 12, 2021**.

b.     Requested deadline: **August 27, 2021**.

5.     All dispositive motions shall be filed by:

a.     Current deadline: **August 11, 2021**.

b.     Requested deadline: **September 26, 2021**.

Dated: May 26, 2021

Respectfully submitted,

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/ Ashlee B. Hesman
    Daniel P. Struck, AZ Bar No. 012377
    Attorney in Charge
    Ashlee B. Hesman, AZ Bar No. 028874
    *Admitted Pro Hac Vice*
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226
    Telephone: (480) 420-1600
    Fax: (480) 420-1695
    dstruck@strucklove.com
    ahesman@strucklove.com

    Danya W. Blair, TX Bar No. 00790315
    AKERMAN LLP
    112 East Pecan Street, Suite 2750
    San Antonio, Texas 78205
    Telephone: (210) 582-0220
    Fax: (210) 582-0231
    Danya.blair@akerman.com

    *Attorneys for Defendant CoreCivic, Inc.*

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By /s/ Andrew Bergman (with permission)
 R. Stanton Jones, Admitted pro hac vice
 Robert N. Weiner, Admitted pro hac vice
 Sally L. Pei, Admitted pro hac vice
 601 Massachusetts Ave. NW
 Washington, DC 20001
 stanton.jones@arnoldporter.com
 robert.weiner@arnoldporter.com
 sally.pei@arnoldporter.com

 Christopher M. Odell
 Andrew Bergman
 Amanda S. Thomson
 ARNOLD & PORTER KAYE SCHOLER LLP
 T.C. Energy Center
 700 Louisiana Street, Suite 4000
 Houston, Texas 77002
 christopher.odell@arnoldporter.com
 andrew.bergman@arnoldporter.com
 amanda.thomson@arnoldporter.com

 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Christopher M. Odell | christopher.odell@arnoldporter.com |
| Amanda S. Thomson | amanda.thomson@arnoldporter.com |
| Andrew Bergman | andrew.bergman@arnoldporter.com |
| R. Stanton Jones, Admitted pro hac vice | stanton.jones@arnoldporter.com |
| Robert N. Weiner, Admitted pro hac vice | robert.weiner@arnoldporter.com |
| Sally L. Pei, Admitted pro hac vice | sally.pei@arnoldporter.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is **not** a registered participant of the CM/ECF System:

N/A

/s/ Ashlee B. Hesman