**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, on her own** | **)** | |
| **Behalf and as Surviving Parent of** | **)** | |
| **Mariee Camyl Newberry Juarez,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **V.** | **)** | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| | **)** | |
| **CORECIVIC, INC.,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**<u>FOURTH AMENDED SCHEDULING ORDER</u>**

Before the Court is the parties' Agreed Motion to Extend Expert Disclosure Deadlines and Other Case Deadlines.  (Docket no.61).  After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that  the parties' Agreed Motion to Extend Expert Disclosure Deadlines and Other Case Deadlines (docket no.61) is GRANTED such that the following amended deadlines are entered to control the course of this case:

4.  Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **June 28,  2021**.  All designations of rebuttal experts shall be designated by **July 27, 2021**.

6. The parties shall complete all discovery on or before **August 27, 2021.**  Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **September 26, 2021**.  Dispositive motions as defined in Local Rule CV-7(e) and responses to dispositive motions shall be limited to 20 pages in length. Any replies shall be limited to 10 pages in length.

All other provisions of the Court's previous Scheduling Orders remain in full force and effect.

It is so ORDERED.

SIGNED this 27th day of May, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE