**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, ON HER OWN BEHALF AND AS SURVIVING PARENT OF MARIEE CAMYL NEWBERRY JUÁREZ,** | § § § § | |
| **Plaintiff,** | § § | **NO. 5:19-CV-00916-FB** |
| **v.** | § § | |
| **CORECIVIC, INC.,** | § § | |
| **Defendant.** | § § | |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff Yazmin Juárez Coyoy and Defendant CoreCivic, Inc. respectfully request an extension of the remaining pretrial deadlines in this matter by sixty (60) days.  The parties request this extension as an accommodation to facilitate in-person depositions of certain witnesses, which cannot be conducted under the existing schedule due to the pandemic and, in particular, the coronavirus delta variant.  The parties have agreed to conduct most of the depositions in this case remotely and intend to proceed with those remote depositions, several of which have already been scheduled.

Accordingly, the parties request the following agreed modifications to the Fifth Amended Scheduling Order (ECF No. 64):

1.      The parties shall complete all discovery on or before August 27, 2021.  Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery:

        a.      Current Deadline:  **September 3, 2021**

        b.      Requested Deadline:  **November 2, 2021**

2.      All dispositive motions shall be filed no later than September 26, 2021.

Dispositive motions as defined in Local Rule CV-7(e) and responses to dispositive motions shall

be limed to 20 pages in length.  Any replies shall be limited to 10 pages in length:

  a.  Current Deadline:  **October 4, 2021**

  b.  Requested Deadline:  **December 3, 2021**

The parties at this time do not request extension of other deadlines set forth under the

Fifth Amended Scheduling Order.

DATE:  August 13, 2021    Respectfully submitted,

s/ *Ashlee B. Hesman*
Daniel P. Struck*
Ashlee B. Hesman*
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
dstruck@strucklove.com
ahesman@strucklove.com

Danya W. Blair
Tex. Bar No. 00790315
AKERMAN LLP
112 East Pecan Street, Suite 2750
San Antonio, Texas 78250
Danya.blair@akerman.com

* Admitted *pro hac vice*

*Counsel for Defendant CoreCivic, Inc.*

s/ *Christopher M. Odell*
Christopher M. Odell
Tex. Bar No. 24037205
Amanda S. Thomson
Tex. Bar No. 24082376
Andrew D. Bergman
Tex. Bar No. 24101507
ARNOLD & PORTER KAYE SCHOLER LLP
T.C. Energy Center
700 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: +1 713.576.2400
Facsimile: +1 713.576.2499
Christopher.odell@arnoldporter.com
Amanda.thomson@arnoldporter.com
Andrew.bergman@arnoldporter.com

R. Stanton Jones*
Robert N. Weiner*
Sally L. Pei*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Stanton.jones@arnoldporter.com
Robert.weiner@arnoldporter.com
Sally.pei@arnoldporter.com

*Admitted *pro hac vice*

*Counsel for Plaintiff Yazmin Juárez*
*Coyoyon her own behalf and as surviving*
*parent of Mariee Camyl Newberry Juárez*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 13, 2021, a copy of the foregoing was served on the counsel listed below by email pursuant to the parties' agreement.

Daniel P. Struck
Ashlee B. Hesman
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
dstruck@strucklove.com
ahesman@strucklove.com

Danya W. Blair
Akerman LLP
112 East Pecan Street, Suite 2750
San Antonio, Texas 78250
Danya.blair@akerman.com

*Counsel for Defendant CoreCivic, Inc.*

*s/ Christopher M. Odell*
Christopher M. Odell

4