**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, on her own Behalf and as Surviving Parent of Mariee Camyl Newberry Juarez,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **V.** | ) ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| **CORECIVIC, INC.,** | ) ) | |
| **Defendant.** | ) ) | |

**SIXTH AMENDED SCHEDULING ORDER**

Before the Court is the Joint Motion to Extend Scheduling Order Deadlines (docket no. 65) filed by the parties on August 13, 2021.  After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff Yazmin Juárez Coyoy's Unopposed Motion to Extend Scheduling Order Deadlines (docket no.65) is GRANTED such that the following amended deadlines are entered to control the course of this case:

6. The parties shall complete all discovery on or before **November 2, 2021.**  Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **December 3, 2021**.  Dispositive motions as defined in Local Rule CV-7(e) and responses to dispositive motions shall be limited to 20 pages in length. Any replies shall be limited to 10 pages in length.

All other provisions of the Court's previous Scheduling Order(s) remain in full force and effect.

It is so ORDERED.

SIGNED this 16th day of August, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE