**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| Yazmin Juárez Coyoy, on her own behalf and as surviving parent of M.C.N.J., <br><br> Plaintiff, <br><br> v. <br><br> CoreCivic, Inc., <br><br> Defendant. | No. 5:19-cv-00916-FB |

**JOINT MOTION TO EXTEND DEFENDANT'S DEADLINE TO FILE MOTIONS
PURSUANT TO RULE 702 AND TO ENTER STIPULATION OF THE PARTIES**

The parties have entered into a stipulation whereby Defendant has agreed to forego taking depositions of Plaintiff's expert witnesses in exchange for Plaintiff's agreement to permit Defendant to make objections to the reliability of Plaintiff's experts' proposed testimony pursuant to Federal Rule of Evidence 702 up until October 1, 2021. Therefore, the parties respectfully request that the Court modify the current deadline for Defendant to file motions made pursuant to Federal Rule of Evidence 702 (Dkt. 66.) and to enter the parties' stipulation as follows.

1. **Current Deadline:** Objections to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, **within 30 days** of receipt of the written report of the expert's proposed testimony, or **within 30 days** of the expert's deposition, if a deposition is taken, whichever is later.

2. **Requested Deadline:** Defendant's objections to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, **by October 1, 2021**. Plaintiff's response is due **by November 1, 2021**. Defendant's reply is due by **November 15, 2021**. The deadline for Plaintiff's objections to the reliability of an expert's proposed testimony under Federal Rule

of Evidence 702 (including any response thereto and any reply) shall remain unchanged from the current deadline.

3.  **Requested Stipulation:**  The parties have stipulated that Defendant shall forego taking depositions of Plaintiff's expert witnesses.

Dated: August 19, 2021

Respectfully submitted,

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Ashlee B. Hesman
  Daniel P. Struck, AZ Bar No. 012377
  Attorney in Charge
  Ashlee B. Hesman, AZ Bar No. 028874
  *Admitted Pro Hac Vice*
  3100 West Ray Road, Suite 300
  Chandler, Arizona 85226
  Telephone: (480) 420-1600
  Fax: (480) 420-1695
  dstruck@strucklove.com
  ahesman@strucklove.com

  Danya W. Blair, TX Bar No. 00790315
  AKERMAN LLP
  112 East Pecan Street, Suite 2750
  San Antonio, Texas 78205
  Telephone: (210) 582-0220
  Fax: (210) 582-0231
  Danya.blair@akerman.com

  *Attorneys for Defendant CoreCivic, Inc.*

2

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By /s/ Andrew Bergman (with permission)
    R. Stanton Jones, Admitted pro hac vice
    Robert N. Weiner, Admitted pro hac vice
    Sally L. Pei, Admitted pro hac vice
    601 Massachusetts Ave. NW
    Washington, DC 20001
    stanton.jones@arnoldporter.com
    robert.weiner@arnoldporter.com
    sally.pei@arnoldporter.com


    Christopher M. Odell
    Andrew Bergman
    Amanda S. Thomson
    ARNOLD & PORTER KAYE SCHOLER LLP
    Bank of America Center
    700 Louisiana Street, Suite 4000
    Houston, Texas 77002
    christopher.odell@arnoldporter.com
    andrew.bergman@arnoldporter.com
    amanda.thomson@arnoldporter.com

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Christopher M. Odell | christopher.odell@arnoldporter.com |
| Amanda S. Thomson | amanda.thomson@arnoldporter.com |
| Andrew Bergman | andrew.bergman@arnoldporter.com |
| R. Stanton Jones, Admitted pro hac vice | stanton.jones@arnoldporter.com |
| Robert N. Weiner, Admitted pro hac vice | robert.weiner@arnoldporter.com |
| Sally L. Pei, Admitted pro hac vice | sally.pei@arnoldporter.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is **not** a registered participant of the CM/ECF System:

N/A

/s/ Tamela S. Gation