**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, on her own** | ) | |
| **Behalf and as Surviving Parent of** | ) | |
| **Mariee Camyl Newberry Juarez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| | ) | |
| **CORECIVIC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## SEVENTH AMENDED SCHEDULING ORDER

Before the Court is the Joint Motion to Extend Defendant's Deadline to File Motions Pursuant to Rule 702 and to Enter Stipulation of the Parties (docket no. 67) filed by the parties on August 19, 2021. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Joint Motion to Extend Defendant's Deadline to File Motions Pursuant to Rule 702 and to Enter Stipulation of the Parties (docket no. 67) is GRANTED such that the following amended deadlines are entered to control the course of this case:

5. Defendant's objections to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony. By **October 1, 2021**. Plaintiff's response is due by **November 1, 2021**. Defendant's reply is due by **November 15, 2021**. The deadline for plaintiff's objections to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 (including any response thereto and any reply) shall remain unchanged from the current deadline. **Pursuant to the parties' stipulation, defendant shall forego taking depositions of plaintiff's expert witnesses.**

All other provisions of the Court's previous Scheduling Order(s) remain in full force and effect.

It is so ORDERED.

SIGNED this 20th day of August, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE