**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, on her own Behalf and as Surviving Parent of Mariee Camyl Newberry Juarez,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **V.** | ) ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| **CORECIVIC, INC.,** | ) ) ) | |
| **Defendant.** | ) | |

**ORDER REFERRING NON-DISPOSITIVE MOTION
TO UNITED STATES MAGISTRATE JUDGE**

Before the Court is Plaintiff Yazmin Juárez Coyoy's Motion to Exclude Expert Testimony of Tara Diaz. (Docket no. 69). It appears that plaintiff's motion is non-dispositive and should be referred to a United States Magistrate Judge for determination and ruling. 28 U.S.C. § 636; Local Court Rules App. C.

IT IS THEREFORE ORDERED that Plaintiff Yazmin Juárez Coyoy's Motion to Exclude Expert Testimony of Tara Diaz (docket no. 69) filed in the above-referenced cause is REFERRED to the Honorable Henry J. Bemporad, United States Magistrate Judge.

It is so ORDERED.

SIGNED this 27th day of September, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE