UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

YAZMIN JUAREZ COYOY on Her            §
Own Behalf and as Surviving Parent    §
of Mariee Camyl Newberry Juarez,      §
                                      §
          Plaintiff,                  §
                                      §
v.                                    §          SA-19-CA-916-FB
                                      §
CORECIVIC, INC.,                      §
                                      §
          Defendant.                  §

**ORDER SETTING
VIDEO HEARING**

Before the Court is Plaintiff's Motion to Exclude Expert Testimony of Tara Diaz. (Docket Entry 69.) This motion was referred on September 27, 2021, by the District Court for determination and ruling. (*See* Docket Entry 70.)

It is hereby **ORDERED** that Plaintiff's motion (Docket Entry 69) is set for a hearing on **October 27, 2021**, at **1:30 P.M.** The hearing will be held by video teleconference using the Zoom video platform. The parties will be contacted through their email addresses in CM/ECF in advance of the hearing date with further instructions for joining.

**SIGNED** on September 28, 2021.

Henry J. Bemporad
United States Magistrate Judge