**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **YAZMIN JUÁREZ COYOY, on her own** ) | |
| **Behalf and as Surviving Parent of** ) | |
| **Mariee Camyl Newberry Juarez,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| ) | |
| **CORECIVIC, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER REFERRING NON-DISPOSITIVE MOTIONS**
**TO UNITED STATES MAGISTRATE JUDGE**

Before the Court are Defendant's Motion to Exclude Plaintiff's Expert Colleen A. Kraft, M.D. (docket no. 72) and Defendant's Motion to Exclude Plaintiff's Expert Katherine Peeler, M.D. (docket no. 73). It appears that defendant's motions are non-dispositive and should be referred to a United States Magistrate Judge for determination and ruling. 28 U.S.C. § 636; Local Court Rules App. C.

IT IS THEREFORE ORDERED that Defendant's Motion to Exclude Plaintiff's Expert Colleen A. Kraft, M.D. (docket no. 72) and Defendant's Motion to Exclude Plaintiff's Expert Katherine Peeler, M.D. (docket no. 73) filed in the above-referenced cause are REFERRED to the Honorable Henry J. Bemporad, United States Magistrate Judge.

It is so ORDERED.

SIGNED this 4th day of October, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE