UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

YAZMIN JUAREZ COYOY on Her           §
Own Behalf and as Surviving Parent   §
of Mariee Camyl Newberry Juarez,     §
                                     §
                  Plaintiff,         §
                                     §
                                     §
v.                                   §          SA-19-CA-916-FB
                                     §
CORECIVIC, INC.,                     §
                                     §
                                     §
                  Defendant.         §

## ORDER SETTING
## HEARING

Before the Court are Plaintiff's Motion to Exclude Expert Testimony of Tara Diaz (Docket

Entry 69), Defendant's Motion to Exclude Plaintiff's Expert Colleen A. Kraft, M.D. (Docket Entry

72), and Defendant's Motion to Exclude Plaintiff's Expert Katherine Peeler, M.D. (Docket Entry

73). These motions were referred on September 27, 2021, and October 4, 2021, by the District Court

for determination and ruling. (*See* Docket Entries 70 and 75.)

It is hereby **ORDERED** that the parties' motions (Docket Entries 69, 72, and 73) are set for a

hearing on **January 18, 2022**, at **9:30 A.M.** The hearing will take place in the new Federal

Courthouse (details forthcoming).

**SIGNED** on October 4, 2021.

Henry J. Bemporad
United States Magistrate Judge