# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| Yazmin Juárez Coyoy, on her own behalf and as surviving parent of M.C.N.J., <br><br> Plaintiff, <br><br> v. <br><br> CoreCivic, Inc., <br><br> Defendant. | No. 5:19-cv-00916-FB <br><br> Assigned to Henry J. Bemporad |

## CORECIVIC'S MOTION TO EXTEND DISCOVERY
## AND DISPOSITIVE MOTION DEADLINES

Defendant CoreCivic, Inc. respectfully requests an extension of the discovery and dispositive motion deadlines in this matter by approximately 30 days to December 5, 2021 and January 5, 2022, respectfully.

As the Court may recall, on August 13, 2021, the parties jointly moved to extend the scheduling order deadlines due to Plaintiff and her counsel's hesitation to participate in an in-person deposition "due to the pandemic and, in particular, the coronavirus delta variant."[1] (Dkt. 65.) While the Court permitted counsel to agree to further continue this deadline without court involvement, Plaintiff has indicated she will oppose this brief extension.[2] As detailed below, however, such extension is necessary due to the extraordinary circumstances detailed below.

---

[1] CoreCivic was previously prepared to notice Plaintiff's deposition in-person but agreed to extend the deadline to a time when Plaintiff and her counsel were more comfortable traveling. Today, Defendant requested Plaintiff's position on whether she will now agree to an in-person deposition, but she has not responded to that inquiry. She has, however, indicated she opposes this motion and intends to file an opposition.

[2] Defense counsel would be remiss not to note that they have never opposed an extension request by Plaintiffs in this matter. Just recently, on October 22, 2021, they agreed to a two-week extension of time for Plaintiff to respond to CoreCivic's Daubert motions. (Dkt. 78 at 1.)

Undersigned counsel begins a three-week trial in a class-action lawsuit on Monday, November 1, 2021. *See Jensen v. Shinn, et al.*, 12-cv-00601-PHX-ROS (D. Ariz.). As discussed below, the circumstances leading up to that trial have been atypical and have prevented undersigned counsel from deposing Plaintiff. The trial date was set on July 30, 2021, and all discovery in the case—fact and expert—was ordered to take place in the ensuing 90 days. That discovery has been extraordinary, and greatly exceeded undersigned counsel's projection for the time it would consume, with fact discovery ending on October 15 and expert discovery ending on October 22. Since September 24, 2021, the parties have taken 32 depositions and the defendants (represented by both undersigned counsel) have produced over 900 gigabytes of data. During this time, the parties also briefed numerous discovery disputes that required court resolution. Add to this, in September 2021 alone, the parties spent 20 days touring prison facilities across Arizona. Additionally, Defense counsel have had to coordinate preparation of a Joint Pretrial Statement (which includes over 4,000 exhibits) and trial brief, which are due today. Suffice to say, the demands of discovery and pretrial matters in a case where discovery was accelerated, while also preparing for trial, have made it impossible to take Plaintiff's deposition prior to the upcoming November 2, 2021 discovery deadline.

Accordingly, Defendant CoreCivic requests the following modification to the Sixth Amended Scheduling Order (Dkt. 66)[3]:

> 6.       The parties shall complete all discovery on or before **November 2, 2021**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery:

---

[3] None of the deadlines CoreCivic requests to extend appear in the Seventh Amended Scheduling Order. (Dkt. 68.) CoreCivic does not request an extension of other deadlines set forth in previous scheduling orders.

a.      Requested Deadline:  **December 6, 2021**

7.      All dispositive motions shall be filed no later than **December 3, 2021**.  Dispositive motions as defined in Local Rule CV-7(e) and responses to dispositive motions shall be limed to 20 pages in length.  Any replies shall be limited to 10 pages in length:

a.      Requested Deadline: **January 5, 2021**

Extension of the above deadlines to permit CoreCivic to depose Plaintiff will streamline the presentation of evidence at trial as it will have already gathered most of its information during the deposition and therefore will not need to take time during trial to obtain it.

The requested extension is sought in the interest of justice and not for the purpose of delay. Importantly, trial has not yet been set, and an extension of these deadlines will not impact or delay resolution of other pending motions.

Dated: October 29, 2021        Respectfully submitted,

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Ashlee B. Hesman
    Daniel P. Struck, AZ Bar No. 012377
    Attorney in Charge
    Ashlee B. Hesman, AZ Bar No. 028874
    *Admitted Pro Hac Vice*
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226
    Telephone: (480) 420-1600
    Fax: (480) 420-1695
    dstruck@strucklove.com
    ahesman@strucklove.com

    Danya W. Blair, TX Bar No. 00790315
    AKERMAN LLP
    112 East Pecan Street, Suite 2750
    San Antonio, Texas 78205
    Telephone: (210) 582-0220
    Fax: (210) 582-0231
    Danya.blair@akerman.com

    *Attorneys for Defendant CoreCivic, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Christopher M. Odell | christopher.odell@arnoldporter.com |
| Amanda S. Thomson | amanda.thomson@arnoldporter.com |
| Andrew Bergman | andrew.bergman@arnoldporter.com |
| R. Stanton Jones, Admitted pro hac vice | stanton.jones@arnoldporter.com |
| Robert N. Weiner, Admitted pro hac vice | robert.weiner@arnoldporter.com |
| Sally L. Pei, Admitted pro hac vice | sally.pei@arnoldporter.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is **not** a registered participant of the CM/ECF System:

N/A

/s/ Ashlee B. Hesman