## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YAZMIN JUÁREZ COYOY, on her own Behalf and as Surviving Parent of Mariee Camyl Newberry Juarez, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| V. | ) ) | CIVIL ACTION NO. SA-19-CA-00916-FB |
| CORECIVIC, INC., | ) ) | |
| Defendant. | ) | |

### EIGHTH AMENDED SCHEDULING ORDER

Before the Court are Corecivic's Motion to Extend Discovery and Dispositive Motion Deadlines (docket no. 80), plaintiff's response (docket no. 81) in opposition thereto and defendant's reply (docket no. 82) to plaintiff's response. After careful consideration of the motion, response and reply, the pleadings on file and the entire record in this case, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Corecivic's Motion to Extend Discovery and Dispositive Motion Deadlines (docket no. 80) is GRANTED such that the following amended deadlines are entered to control the course of this case:

6. The parties shall complete discovery on or before **December 6, 2021**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **January 5, 2022**. Dispositive motions and responses to dispositive motions shall be limed to 20 pages in length. Any replies shall be limited to 10 pages in length.

All other provisions of the Court's previous Scheduling Order(s) remain in full force and effect.

It is so ORDERED.

SIGNED this 15th day of November, 2021.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE