IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

YAZMIN JUÁREZ COYOY, on Her Own Behalf    §
and as Surviving Parent of MARIEE CAMYL    §
NEWBERY JUÁREZ,    §
   §
     Plaintiff,    §
   §
VS.    §      CIVIL ACTION NO. SA-19-CV-916-FB
   §
CORECIVIC, INC.,    §
   §
     Defendant.    §

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINE

Before the Court is Plaintiff Yazmin Juárez Coyoy's Unopposed Motion for Extension of Scheduling Order Deadline filed on January 4, 2022 (docket #87). Plaintiff seeks a 14-day extension of the dispositive motions deadline, which is currently January 5, 2022, due to defendant's production of a large volume of documents on December 29, 2021, close to 2,500 pages, which plaintiff believes, based upon an initial review, contains "multiple pieces of smoking-gun evidence—namely **admissions by CoreCivic itself that the living facilities at the South Texas Family Residential Center fail to meet minimum physical site spacing requirements for general residential operations in the State of Texas**." Unopposed Motion, docket #87 at page 2 (emphasis in original). In addition, plaintiff asserts she has not had sufficient time to review all of the documents contained in this recent production or to evaluate the impact of the documents on her forthcoming dispositive motion. The Court finds plaintiff's unopposed motion has merit as good cause for the granting of this requested extension.

Accordingly, IT IS HEREBY ORDERED that the Eighth Amended Scheduling Order entered in this case on November 15, 2021, (docket #83), is amended as follows:

7.      All dispositive motions shall be filed no later than **January 19, 2022**. Dispositive motions and responses to dispositive motions shall be limited to 20 pages in length. Any replies shall be limited to 10 pages in length.

It is so ORDERED.

SIGNED this 5th day of January, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE