UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YAZMIN JUAREZ COYOY on Her Own Behalf and as Surviving Parent of Mariee Camyl Newberry Juarez, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-19-CA-916-FB |
| CORECIVIC, INC., | § § § | |
| Defendant. | § | |

## ORDER CHANGING TO VIDEO HEARING

It is hereby **ORDERED** that in-person hearing on the parties' motions (Docket Entries 69, 72, and 73) set for **January 18, 2022**, at **9:30 A.M.** will now be held by video teleconference using the Zoom video platform.

The parties will be contacted through their email addresses in CM/ECF in advance of the hearing date with further instructions for joining.

**SIGNED** on January 11, 2022.

Henry J. Bemporad
United States Magistrate Judge