# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YAZMIN JUÁREZ COYOY, on her own<br>Behalf and as Surviving Parent of<br>Mariee Camyl Newberry Juarez,<br><br>    Plaintiff,<br><br>V.<br><br>CORECIVIC, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. SA-19-CA-00916-FB |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT

Before the Court is plaintiff's Unopposed Motion to Extend Deadline for Responses to Motions for Summary Judgment.  (Docket no. 97).  After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that plaintiff's Unopposed Motion to Extend Deadline for Responses to Motions for Summary Judgment (docket no. 97) is GRANTED such that plaintiff's deadline to respond to defendant's motion for summary judgment (docket no. 95) and defendant's deadline to respond to plaintiff's partial motion for summary judgment (docket no. 96) are EXTENDED up to and including **April 4, 2022**.

It is so ORDERED.

SIGNED this 10th day of March, 2022.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE