## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

YAZMIN JUÁREZ COYOY, on her own )
Behalf and as Surviving Parent of )
Mariee Camyl Newberry Juarez, )
                                   )
      Plaintiff, )
                                     )
V. )      **CIVIL ACTION NO. SA-19-CA-00916-FB**
                                     )
CORECIVIC, INC., )
                                     )
      Defendant. )

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSES AND MOTION TO FILE OUT OF TIME

Before the Court are the Unopposed Motion to Extend Deadline for Responses to Motions for Summary Judgment (docket no. 99) and Plaintiff's Unopposed Motion to Accept Filing Out of Time (docket no. 102). After careful consideration, the Court is of the opinion that the motions should be granted.

IT IS THEREFORE ORDERED that the Unopposed Motion to Extend Deadline for Responses to Motions for Summary Judgment (docket no. 99) is GRANTED such that Defendant's Response to Plaintiff's Motion for Partial Summary Judgment (docket no. 100), filed on April 11, 2022, shall be considered as timely-filed and remain as part of the record in these proceedings.

IT IS FURTHER ORDERED that Plaintiff's Unopposed Motion to Accept Filing Out of Time (docket no. 102) is GRANTED such that Plaintiff's Opposition to Defendant's Motion for Summary Judgment (docket no. 101), filed on April 12, 2022, shall be considered as timely-filed and remain as part of the record in these proceedings.

It is so ORDERED.

SIGNED this 13th day of April, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE