**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, on her own** | ) | |
| **Behalf and as Surviving Parent of** | ) | |
| **Mariee Camyl Newberry Juarez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| | ) | |
| **CORECIVIC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR
REPLIES TO OPPOSITIONS TO SUMMARY JUDGMENT MOTIONS**

Before the Court is the Plaintiff's Unopposed Motion to Extend Deadline for Replies to Oppositions to Summary Judgment Motions. (Docket no. 104). After careful consideration, the Court is of the opinion that the motions should be granted.

IT IS THEREFORE ORDERED that the Plaintiff's Unopposed Motion to Extend Deadline for Replies to Oppositions to Summary Judgment Motions (docket no. 104) is GRANTED such that Plaintiff's deadline to respond to Defendant's Opposition to Partial Summary Judgment (docket no. 100) and Defendant's deadline to respond to Plaintiff's Opposition to Summary Judgment (docket no. 101) are extended up to and including **April 25, 2022**.

It is so ORDERED.

SIGNED this 14th day of April, 2022.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE