**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **YAZMIN JUAREZ COYOY, on her own**<br>**Behalf and as Surviving Parent of**<br>**Mariee Camyl Newberry Juarez,** | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| **V.** | )    **CIVIL ACTION NO. SA-19-CA-00916-FB**<br>) |
| **CORECIVIC, INC.,** | )<br>) |
| **Defendant.** | ) |

## ORDER WITHDRAWING ORDER OF ADMINISTRATIVE CLOSURE

IT IS ORDERED that the Order of Administrative Closure (docket no. 108), filed on June 1, 2022, is WITHDRAWN and this case is REOPENED and placed back on the Court's active litigation docket.

It is so ORDERED.

SIGNED this 11th day of October, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE