# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, on her own** | ) | |
| **Behalf and as Surviving Parent of** | ) | |
| **Mariee Camyl Newberry Juárez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| | ) | |
| **CORECIVIC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is the status of the above-styled and numbered cause.  The Scheduling Order deadlines have run and the Court has rule on any dispositive motions which were filed.  At this juncture, it is the usual practice of this Court to inquire whether the parties may be able to resolve their differences short of a trial.

IT IS THEREFORE ORDERED that the parties shall file, **on or before November 1, 2022,** an advisory indicating the status of this case.  Should the parties need additional time to evaluate the case, the status report should include a request for extension of time.  However, given the age of the above-styled and numbered cause, any requested extension shall be limited to ninety days.

It is so ORDERED.

SIGNED this 11th day of October, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE