**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, on her own** | ) | |
| **Behalf and as Surviving Parent of** | ) | |
| **Mariee Camyl Newberry Juárez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| | ) | |
| **CORECIVIC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER ON DEFENDANT'S NOTICE OF TRIAL CONFLICT & UNOPPOSED**
**MOTION FOR TRIAL-SETTING CONFERENCE**

Before the Court is Defendant's Notice of Trial Conflict & Unopposed Motion for Trial Setting Conference.  (Docket no. 120).  On January 3, 2023, this Court set this case for a two-week jury trial beginning on Monday, June 5, 2023.  (Docket no. 119).  In response, Defendant's attorney informs the Court:

> Undersigned counsel, however, is scheduled to begin a nine-day trial on May 30, 2023 in the United States District Court for the District of Colorado. *See Jarvis v. Correct Care Solutions, LLC*, et al. 1:20-cv-02028-CNS-GPG (D. Colo.); Dkt. 180, Dkt. 183 at 15. Because the Jarvis trial will go through June 9, 2023, it conflicts with the trial recently set in this matter.

(Docket no. 120 at page 1).  "As such, and due to undersigned counsel's heavy 2023 trial calendar and the need to accommodate the schedules of witnesses and experts," Defendant "requests that the Court . . . hold a trial-setting conference to reset the trial date" or "CoreCivic can confer with Plaintiff and propose a series of dates that work for both parties."  (*Id.*).

Defendant's notice of trial conflict will be construed as an unopposed motion to reset the June 5th trial setting, which will be granted by the Court.  With regard to holding a trial-setting conference to determine dates that work for both parties, the witnesses, and the experts, the Court has limited availability for civil jury trials in 2023.  Specifically, the Court has an opening for the trial of this case

beginning no earlier than September 18th and ending no later than October 27th.  Given that the opening in the Court's schedule is over eight months away, there should be sufficient time for counsel, both parties, the witnesses, and the experts to arrange their schedules.  Accordingly, Defendant's unopposed motion for a trial-setting conference shall be granted in the alternative in part such that Defendant shall be ordered to confer with Plaintiff and file a status report indicating the estimated length of trial and proposed dates for trial in compliance with the availability of the Court as set forth above.

IT IS THEREFORE ORDERED that Defendant's notice of trial conflict (contained within docket no. 120), construed as an unopposed motion to reset the current setting, is GRANTED such that the jury selection and trial setting scheduled to begin on June 5, 2023, and all related deadlines, are CANCELLED.

IT IS FURTHER ORDERED that Defendant's unopposed motion for trial-setting conference (contained within docket no. 120) is GRANTED IN THE ALTERNATIVE IN PART such that Defendant shall confer with Plaintiff and file, **on or before January 26, 2023**, a joint status report indicating the estimated length of trial and proposing dates for jury selection and trial to begin no earlier than September 18, 2023, and to end no later than October 27, 2023.

It is so ORDERED.

SIGNED this 12th day of January, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE