**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **YAZMIN JUÁREZ COYOY, on her own** ) | |
| **Behalf and as Surviving Parent of** ) | |
| **Mariee Camyl Newberry Juárez,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| ) | |
| **CORECIVIC, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER SETTING CASE FOR JURY SELECTION AND TRIAL**

IT IS ORDERED that this matter is SPECIALLY SET for an eight-day jury selection and trial setting beginning on **Monday, February 5, 2024, at 8:30 a.m.**, in Courtroom G of the United States Courthouse, 262 W. Nueva Street., San Antonio, Texas, 78207. The Court may schedule a final pretrial status conference at a later date.

To avoid trial and/or an unexpected delay due to this Court's criminal docket, which takes precedence, the parties and counsel may choose an alternative means of resolving their dispute. Motions for continuance are not an option. The following choices are available:

    1. agreement to submit the matter to binding alternative dispute resolution with a final judgment to be submitted within a reasonable time; selection of this option to be conveyed to the Court no later than **January 16, 2024.**

    2. submission of an agreed judgment on or before **January 26, 2024**.

IT IS FINALLY ORDERED that the deadline for filing the information required in Local Rule CV-16(f) (1) through (10) is **January 8, 2024.** With respect to the proposed jury instructions and verdict form, the Court expects the parties to meet prior to the May 8th deadline and submit to the Court "agreed to" instructions on substantive issues and an "agreed to" verdict form. If agreement cannot be

reached after a good faith effort on behalf of all parties, each party SHALL submit its proposed instructions and a proposed verdict form along with objections to opposing counsel's submissions. The objections must contain argument and citations to legal authorities. The parties are advised to consult the latest version of the Fifth Circuit Pattern Jury Instructions (Civil) in support of their submission(s). Should the parties desire to submit case authorities in support of their proposed jury instructions, the parties are advised the Court is reluctant to follow a case authority unless it specifically references and discusses a jury instruction issue. The failure by either party to engage in a "good faith" effort to submit agreed to jury instructions and verdict form will result in sanctions to the non-complying party.

It is so ORDERED.

SIGNED this 6th day of February, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE