**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **YAZMIN JUÁREZ COYOY, on her own Behalf and as Surviving Parent of Mariee Camyl Newberry Juárez,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| **V.** ) ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| **CORECIVIC, INC.,** ) ) | |
| **Defendant.** ) | |

**REQUEST FOR ADDITIONAL INFORMATION**

Before the Court is the Notice of Trial Conflict & Motion for Trial Setting Conference (docket no. 124), filed by Defendant on October 18, 2023.

The notice does not inform this Court about whether counsel for Defendant informed the Arizona court that this matter has been specially set for some time, presumably before the Arizona setting issue came before that court.

IT IS THEREFORE ORDERED that counsel shall inform this Court **within 48 hours** of what counsel disclosed to the Arizona court about the setting in this case.

It is so ORDERED.

SIGNED this 19th day of October, 2023.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE