**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, on her own Behalf and as Surviving Parent of Mariee Camyl Newberry Juárez,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **V.** | ) ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| **CORECIVIC, INC.,** | ) ) | |
| **Defendant.** | ) | |

**ORDER REGARDING DEFENDANT'S NOTICE OF TRIAL
CONFLICT & MOTION FOR TRIAL SETTING CONFERENCE**

Before the Court are Defendant's Notice of Trial Conflict & Motion for Trial Setting Conference (docket no. 124), the Court's Request for Additional Information (docket no. 125) from Defendant, Plaintiff's Response to Defendant's Notice of Trial Conflict and Motion for Trial Setting Conference (docket no. 126), and Defendant's Response to the Court's Request for Additional Information (docket no. 127).

For all of the reasons set forth in Plaintiff's Response to Defendant's Notice of Trial Conflict and Motion for Trial Setting Conference (docket no. 126), especially the fact, of which Defendant did not inform the Court, that the Arizona case still is in briefing mode concerning pending summary judgment issues, this matter is going to trial on February 5, 2024.

The Court also observes that Defendant did not notify the Arizona court of this Court's trial setting until this Court inquired.

If Mr. Struck is not available, the Court notes that there are two other defense counsel of record and that there is ample time for Defendant to bring in additional counsel if Defendant chooses to do so.

ACCORDINGLY, IT IS ORDERED that Defendant's Notice of Trial Conflict & Motion for Trial Setting Conference (docket no. 124) is DENIED.

It is so ORDERED.

SIGNED this 20th day of October, 2023.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE

-2-