**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, on her own** | ) | |
| **Behalf and as Surviving Parent of** | ) | |
| **Mariee Camyl Newberry Juárez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| | ) | |
| **CORECIVIC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER SETTING CASE FOR FINAL PRETRIAL CONFERENCE

In anticipation of the February 5, 2024, jury selection and trial setting, IT IS ORDERED that

**lead counsel for the Plaintiff and lead counsel for Defendant, along with a party representative**

**for Defendant CoreCivic, Inc.**, shall appear before this Court for a final pretrial conference on **Friday,**

**January 12, 2024, at 9 a.m.,** in Courtroom G of the United States Courthouse, 262 W. Nueva Street.,

San Antonio, Texas, 78207.  The attorneys and Defendant's party representative must appear in person.

Plaintiff is invited but not required to attend and may do so either in person or by Zoom.

Motions in limine and objections to exhibits, if any, will be heard on this date. Counsel should

confer prior to this hearing on any issues raised in a motion in limine or the Joint Pretrial Order.  Any

party intending to use an exhibit  should  provide the same to opposing counsel at least 7 days prior to

the final pretrial conference so that if any objections or issues are raised about the exhibit, they can be

addressed at the final pretrial conference.  All other deadlines remain unchanged.

If the Plaintiff wishes to appear by Zoom, the link to the hearing is below. After the Plaintiff has

read the below instructions she will use the link to join the hearing on the scheduled date and time. This

hearing does require a password.

Join ZoomGov Meeting
https://txwd-uscourts.zoomgov.com/j/16170102080?pwd=Tlk3VjZrMG55WVNCSjVPRmJ3MWxoUT09
Meeting ID: 161 7010 2080
Passcode: 07041776
One tap mobile
+16692545252,,16170102080# US (San Jose) 16468287666,,16170102080# US
+(New York)

As an important note, some parties are finding it much easier to copy and paste the link into

Google Chrome. Also it is highly recommended parties use headphones with a built in microphone to

help alleviate any sound/hearing difficulties.

It is so ORDERED.

SIGNED this 30th day of October, 2023.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE