**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **YAZMIN JUÁREZ COYOY, on her own** ) | |
| **Behalf and as Surviving Parent of** ) | |
| **Mariee Camyl Newberry Juárez,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| ) | |
| **CORECIVIC, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER GRANTING MOTION(S) FOR ADMISSION *PRO HAC VICE*

Before the Court are the Motion(s) for Admission *Pro Hac Vice* (docket nos. 130, 131 & 132) 4) filed on November 1, 2023, by attorneys Kristina Iliopoulos, Kathleen Weng and Stacey Menjivar (collectively, "counsel") seeking authorization to appear in this case *pro hac vice* on behalf of Plaintiff. Kristina Iliopoulos is a member in good standing with the Bar of the State of California and is admitted to practice before courts in California and the United States District Court for the Central District of California. Kathleen Weng and Stacey Menjivar are members in good standing with the Bar of the District of Columbia and are admitted to practice before courts in courts in the District of Columbia.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has, however, made an exception for out-of-district counsel if their practice in the Western District is limited to one or two cases, or in some instances as long as a licensed Western District of Texas attorney is involved in the case. The motion reveals this is counsel's first application to appear *pro hac vice* in the Western District of Texas and a licensed Western District of Texas has

been designated as co-counsel. Therefore, after due consideration, the Court is of the opinion the motions should be granted such that counsel may appear in this case *pro hac vice*.

IT IS THEREFORE ORDERED that the Motion(s) for Admission *Pro Hac Vice* (docket nos.130, 131 & 132) are GRANTED such that Kristina Iliopoulos, Kathleen Weng and Stacey Menjivar may appear *pro hac vice* in this case. The Court further ORDERS counsel to become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas.

IT IS FURTHER ORDERED that Kristina Iliopoulos, Kathleen Weng and Stacey Menjivar immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2), if they have not already done so.

IT IS FINALLY ORDERED that Kristina Iliopoulos, Kathleen Weng and Stacey Menjivar Gary, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if they has not already done so. Counsel's *pro hac vice* status shall not take effect until they have complied with all of the requirements contained in this Order.

It is so ORDERED.

SIGNED this 7th day of November, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE