**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUÁREZ COYOY, on her own** | ) | |
| **Behalf and as Surviving Parent of** | ) | |
| **Mariee Camyl Newberry Juárez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| | ) | |
| **CORECIVIC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING JOINT MOTION FOR MODIFICATION**

Before the Court is the parties' Joint Motion for Modification to Schedule.  (Docket no. 133).  The parties seek to modify the schedule because "[u]nder Local Rule CV-16(f), various pretrial filings are due fourteen (14) days before the final pretrial conference," but "the Court's February 6, 2023 order (ECF 123) provides that these filings are due January 8, 2024, which is only four (4) days before the January 12, 2024 final pretrial conference."  (Docket no. 133 at page 1).  Local Rule CV-16(f) actually states that "[u]nless otherwise ordered by the court,"  various pretrial filings are due (14) fourteen days before the final pretrial conference  W.D. TEX. LOC. R. CV-16(f).  Here, the Court exercised its discretion to otherwise order.  The Court is nonetheless of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the parties' Joint Motion for Modification to Schedule (docket no. 133) is GRANTED such that:

IT IS ORDERED that the final pretrial conference scheduled to be held on January 12, 2024, is CANCELED;

IT IS FURTHER ORDERED that the final pretrial conference is **RESET** as follows:  **lead counsel for the Plaintiff and lead counsel for Defendant, along with a party representative for Defendant CoreCivic, Inc.**, shall appear before this Court for a final pretrial conference on **Friday,**

**January 19, 2024, at 9 a.m.,** in Courtroom G of the United States Courthouse, 262 W. Nueva Street., San Antonio, Texas, 78207. The attorneys and Defendant's party representative must appear in person. Plaintiff is invited but not required to attend and may do so either in person or by Zoom.

Motions in limine and objections to exhibits, if any, will be heard on this date. Counsel should confer prior to this hearing on any issues raised in a motion in limine or the Joint Pretrial Order. Any party intending to use an exhibit should provide the same to opposing counsel at least 7 days prior to the final pretrial conference so that if any objections or issues are raised about the exhibit, they can be addressed at the final pretrial conference. All other deadlines remain unchanged.

If the Plaintiff wishes to appear by Zoom, the link to the hearing is below. After the Plaintiff has read the below instructions she will use the link to join the hearing on the scheduled date and time. This hearing does require a password.

Join ZoomGov Meeting
https://txwd-uscourts.zoomgov.com/j/16170102080?pwd=Tlk3VjZrMG55WVNCSjVPRmJ3MWxoUT09
Meeting ID: 161 7010 2080
Passcode: 07041776
One tap mobile
+16692545252,,16170102080# US (San Jose) 16468287666,,16170102080# US
+(New York)

As an important note, some Zoom attendees are finding it much easier to copy and paste the link into Google Chrome. Also it is highly recommended parties use headphones with a built in microphone to help alleviate any sound/hearing difficulties.

It is so ORDERED.

SIGNED this 7th day of November, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

-2-