**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **YAZMIN JUAREZ COYOY, on her own** ) | |
| **Behalf and as Surviving Parent of** ) | |
| **Mariee Camyl Newberry Juarez,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| ) | |
| **CORECIVIC, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER GRANTING JOINT MOTION TO EXTEND
## DEMONSTRATIVE EXCHANGE DEADLINE

Before the Court is the parties' Joint Motion to Extend Demonstrative Exchange Deadline, filed on January 18, 2024.  (Docket no. 170).  After careful consideration, the Court is of the opinion that the parties have shown good cause to extend the demonstrative exchange deadline.  The motion shall be granted.

IT IS THEREFORE ORDERED that the Joint Motion to Extend Demonstrative Exchange Deadline (docket no. 170) is GRANTED such that the deadline for the parties to exchange demonstrative evidence is EXTENDED up to and including **January 26, 2024**.

It is so ORDERED.

SIGNED this 19th day of January, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE