## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YAZMIN JUAREZ COYOY, on her own Behalf and as Surviving Parent of Mariee Camyl Newberry Juarez, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. SA-19-CA-00916-FB |
| | ) | |
| CORECIVIC, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER REGARDING MOTION FOR CLARIFICATION AND OBJECTIONS

Before the Court are CoreCivic's Motion for Clarification (docket no. 179) and CoreCivic's Objections to Plaintiff's 'Demonstrative' and Supplement to its Motion for Clarification (docket no. 180), along with Plaintiff's responses (docket nos. 181 & 182) in opposition thereto.

IT IS ORDERED that CoreCivic's Motion for Clarification (docket no. 179) concerning CoreCivic's request to prohibit Plaintiff from using the demonstrative exhibits regarding the Texas standards is DENIED.  Plaintiff may use them in opening.

IT IS FURTHER ORDERED that CoreCivic's objections to Plaintiff's demonstrative (contained in docket no. 180) are SUSTAINED in PART such that CoreCivic's objection to slides 7 and 8 of Plaintiff's PowerPoint concerning the ECMO evidence is SUSTAINED for the reasons stated in CoreCivic's pleading concerning the lack of an expert witness or treating physician to testify regarding this medical procedure.

It is so ORDERED.

SIGNED this 2nd day of February, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE