**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUAREZ COYOY, on her own** | ) | |
| **Behalf and as Surviving Parent of** | ) | |
| **Mariee Camyl Newberry Juarez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| | ) | |
| **CORECIVIC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER REGARDING PLAINTIFF'S MOTION TO EXCLUDE**
**AND FOR CURATIVE INSTRUCTION**

Before the Court is Plaintiff's Motion to Exclude Undisclosed Expert Testimony and Request for Curative Instruction.  (Docket no. 185).  The Court heard oral arguments from counsel prior to resuming  trial on February 6, 2024.  Pursuant to rulings made at that time in open court,

IT IS ORDERED that Plaintiff's Motion to Exclude Undisclosed Expert Testimony and Request for Curative Instruction (docket no. 185) is GRANTED such that the reports of Dr. Coburn Allen (Defendant's Exhibit 38) and Dr. James Lukefahr (Defendant's Exhibit 39) are EXCLUDED from the evidence in this case and the Court has given a CURATIVE INSTRUCTION as requested by Plaintiff. Defendant's expert witness, Dr. Scott Ostdiek, may testify that he relied upon the reports of Dr. Allen and Dr. Lukefahr in reaching his opinions.

It is so ORDERED.

SIGNED this 8th day of February, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE