**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YAZMIN JUAREZ COYOY, on her own** | ) | |
| **Behalf and as Surviving Parent of** | ) | |
| **Mariee Camyl Newberry Juarez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00916-FB** |
| | ) | |
| **CORECIVIC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER REGARDING PLAINTIFF'S MOTION FOR**
**CLARIFICATION REGARDING BIFURCATION OF THE TRIAL**

Before the Court is Plaintiff's Motion for Clarification Regarding Bifurcation of the Trial. (Docket no. 188).  The Court heard oral arguments from counsel prior to resuming  trial on February 7, 2024.  Pursuant to rulings made at that time in open court,

IT IS ORDERED that Plaintiff's Motion for Clarification Regarding Bifurcation of the Trial (docket no. 188) is GRANTED such that during this phase of the trial Plaintiff may elicit that Defendant has been paid for designing, building and operating the Dilley facility under Defendant's contract with ICE, but may not elicit the exact amount of those payments.

It is so ORDERED.

SIGNED this 8th day of February, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE