# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| YAZMIN JUAREZ COYOY, on her own Behalf and as Surviving Parent of Mariee Camyl Newberry Juarez, <br><br>    Plaintiff, <br><br> V. <br><br> CORECIVIC, INC., <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   CIVIL ACTION NO. SA-19-CA-00916-FB |

## FINAL JUDGMENT

The Court considered the Final Judgment to be entered in this case. Pursuant to Federal Rule of Civil Procedure 58 and consistent with the opinion and verdict of the jury returned on February 13, 2024:

IT IS ORDERED, ADJUDGED and DECREED that the Court ENTERS judgment in favor of the Defendant, CoreCivic, Inc., and against Plaintiff, Yazmin Juarez Coyoy, on her own behalf and as surviving parent of Mariee Camyl Newberry Juarez. The Clerk shall transmit a true copy of this Final Judgment to the parties.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

 It is so ORDERED.

SIGNED this 1st day of March, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE